UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| CAROLEEN JONES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:18-cv-115 |
| | ) |
| CHRISTIAN J. DEUSER, | ) |
| PORTFOLIO RECOVERY ASSOCIATES, | ) |
| LLC, FIRST SAVINGS BANK and, | ) |
| THE UNITED STATES INTERNAL | ) |
| REVENUE SERVICE, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

To:   The Honorable Judge of the United States District Court for the Southern District of Indiana

The Internal Revenue Service (the "IRS") gives notice that the above-captioned cause now pending in the Floyd Court, Cause No. 22C01-1805-PL-000762, is hereby removed to this Court, under the provisions of Title 28, United States Code, Sections 1441, 1442, 1444, and 1446.  In support of this Notice of Removal, the IRS states the following:

1.   The IRS has been named as a Defendant in this action, which was commenced in the Floyd Circuit Court by the filing of the Plaintiff's Complaint for Forfeiture or Foreclosure of Real Estate Contract, which is attached as Exhibit A.

2.   Plaintiff's action appears to be an action to strictly foreclose real estate.  The United States of America has an interest in the real estate that is the subject of Plaintiff's foreclosure action.  As the result of the United States' interest in the property, issues of federal law and of sovereign immunity arise in this action.

3.   As an action to foreclose property in which the United States holds an interest, this

action is removable to the district court under the provisions of 28 U.S.C. § 1444.  *See* 28 U.S.C. § 1444 (providing that the United States may remove any action brought under 28 U.S.C. § 2410 against the United States in state court to the district and division in which the action is pending); 28 U.S.C. § 2410 (stating that the United States may be named a party in any civil action to, among other activities, condemn real or personal property on which the United States has or claims a mortgage or other lien).

      4.      Copies of all pleadings and process served upon this Defendant in this action are attached as Exhibit A.

      5.      This notice is filed within thirty days after service of the initial pleadings, which occurred on June 6, 2018.

WHEREFORE, Defendant, the Internal Revenue Service, prays that this action be removed to federal district court and for all other just and proper relief.

                          Respectfully submitted,

                          JOSH J. MINKLER
                          United States Attorney

            By:    *s/ Gina M. Shields*
                    Gina M. Shields
                    Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2018, a copy of the foregoing *Notice of Removal* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on July 3, 2018, a copy of the foregoing *Notice of Removal* was mailed, by first class U.S. Mail, postage prepaid and properly addressed to the following:

Katelyn M. Hines
YOUNG, LIND, ENDRES & KRAFT
126 West Spring Street
New Albany, IN 47150

*s/ Gina M. Shields*
Gina M. Shields
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market, Suite 2100
Indianapolis, IN 46204